
RECEIVED
SEP 18 2012
JULIE A. RICHARDS, CLERK
US DISTRICT COURT, EDNC

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF NORTH CAROLINA

_____ DIVISION

Allyson Carrie Priest          )
_____ )
_____ )
(Enter above the full name
of the Plaintiff[s] in this
action).

vs.

Case No. _____
(To be assigned
by the Clerk of
District Court)

NC State University          )
_____ )
_____ )
_____ )
(Enter above the full name of
**ALL** Defendant[s] in this action.
Fed.R.Civ.P.10(a) requires that
the caption of the complaint
include the names of **all** the
parties. Merely listing one
party and "et al." is insufficient.
Please attach additional sheets if
necessary).

**COMPLAINT**

1. Plaintiff resides at 504 Arbor Crest Rd., Holly Springs, NC 27540

2. Defendant(s) name(s): NC State University

1

Location of principal office(s) of the named defendant(s):

NC State University, 2610 Wolf Village Way, Raleigh NC 27610

Nature of defendant(s) business: Government / Education

Approximate number of individuals employed by defendant: 5,000+

3. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is specifically conferred on this court by 42 U.S.C. § 2000e-5. Equitable and other relief are also sought under 42 U.S.C. § 20003-5(g).

4. The acts complained of in this suit concern:

    (A) _____ Failure to employ me.

    (B) \_\_X\_\_\_ Termination of my employment.

    (C) _____ Failure to promote me.

    (D) _____ Other acts as specified below:

_____

5. Plaintiff is:

   (A) _____ presently employed by the defendant.

   (B) __X__ not presently employed by the defendant.

   The dates of employment were _6-9-09 - 2-12-12_.

   Employment was terminated because:

   (1) __X__ plaintiff was discharged.

   (2) _____ plaintiff was laid off.

   (3) _____ plaintiff left job voluntarily.

6. Defendant(s) conduct is discriminatory with respect to the following:

   (A) _____ my race.

   (B) _____ my religion.

   (C) __X__ my sex.

   (D) _____ my national origin.

   (E) _____ other as specified below:

   _____

   _____

7. The name(s), race, sex, and the position or title of the individual(s) who allegedly discriminated against me during the period of my employment with the defendant company is (are):

   _Master Officer David Kelly_____
   _Chief Jack Moorman_____
   _____
   _____
   _____
   _____

8. The alleged discrimination occurred on or about  1 2 - 1 3 - 1 1 .

9. The nature of my complaint, i.e., the manner in which the individuals(s) named above discriminated against me in terms of the conditions of my employment is as follows:

I was terminated without just cause, I was treated differently than other male police officers.

10. The alleged illegal activity took place at: _____

11. I filed charges with the Equal Employment Opportunity Commission regarding defendant(s) alleged discriminatory conduct on or about  3-11-12 . I have attached a copy of the Notice of Right to Sue letter issued by the Equal Employment Opportunity Commission. This letter was received by me on  6-25-12 .

12. I seek the following relief:

    (A) ✓ recovery of back pay;

    (B) ✓ reinstatement to my former job;

    (C) ✓ trial by jury on all issues so triable;

and any other relief as may be appropriate, including injunctive orders, damages, costs and attorney's fees.

9-18-12
Date

*[Signature]*
Signature of Plaintiff

504 Arbor Crest Rd., Holly Springs, NC 27540    919.362.9168    919.259.5295
Address and Phone Number of Plaintiff